DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL ROBBINS,**
Appellant,

v.

**WALLACE LINDSAY, REBECCA JOHNSON, STEPHEN ROBBINS and DEBORAH ROBBINS,**
Appellees.

No. 4D19-3509

[August 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502019CA009057XXXXMB.

Philip M. Burlington and Jeffrey V. Mansell of Burlington & Rochenbach, P.A., West Palm Beach, for appellant.

John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed. See Arrieta-Gimenez v. Arrieta-Negron*, 551 So. 2d 1184, 1186 (Fla. 1989).

WARNER and MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***